■ FIBERTEX FABRICS, INC., Appellant, v. CLAY SICKLES et al., Respondents.— In view of the stipulation that the testimony of the witness Frankel be considered the testimony of the corporate plaintiff, we deem the disputed document properly in evidence as an admission, especially in the absence of an objection specifically directed to its authentication. That being so, plaintiff's argument here, insofar as addressed to the evidentiary basis of the charge, must fail; and the propriety of the charge is not otherwise challenged. Judgment unanimously affirmed, without costs. Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ In the Matter of IRENE M. FONO, Petitioner, v. JAMES E. ALLEN, JR., as Commissioner of Education of the State of New York, et al., Respondents.— Issues in the proceeding remitted to the Special Term for hearing and determination and the stay which has been granted continued until the entry of a final order, without costs. (See Matter of Haynal v. Board of Regents, 19 A D 2d 204). Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ., concur.